NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0736

Michael DesParois

- - Versus - -

Timmons International, LLC

19th Judicial District Court
Case #: 655392
East Baton Rouge Parish

On Application for Rehearing filed on 01/03/2024 by Michael DesParois

Rehearing denied.

_____

Page McClendon

_____

Guy Holdridge *

_____

Wayne Ray Chutz

_____

Chris Hester

_____

Hunter Greene

*Judge Guy Holdridge, retired, is serving as pro tempore by special appointment
of the Louisiana Supreme Court*

Date _____JAN 1 9 2024_____

_____

Rodd Naquin, Clerk